[No. 47602-5-I.  Division One.  October 15, 2001.]

TOXGON CORP., *Respondent*, v. H. LARRY PENBERTHY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-08127-9, Anthony P. Wartnik, J., entered October 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47681-5-I.  Division One.  October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA THOMAS STOKESBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01547-6, Larry A. Jordan, J., entered October 5, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47794-3-I.  Division One.  October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07507-0, Robert H. Alsdorf, J., entered November 16, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48820-1-I.  Division One.  October 15, 2001.]

*In the Matter of the Personal Restraint of* JUSTIN HAYES, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished per curiam opinion.